# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDO LUTFU ALI<br><br>　　　　Plaintiff<br><br>　　Against<br><br>ANTONY BLINKEN, in his official capacity as the Secretary of State<br>2201 C Street Northwest,<br>Washington, D.C. 20520<br><br>　　　　Defendant | Case No. 1:22-cv-02786 (CJN)<br><br>**PLAINTIFF'S NOTICE OF FILING OF A FIRST AMENDED COMPLAINT AS A MATTER OF COURSE** |

　　This is to inform the Court that the Plaintiff is filing with this notice his First Amended Complaint as a matter of course pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure inasmuch as this pleading is one to which a responsive pleading is required, no responsive pleading has been filed to date, and it has been less than 21 days after service of a motion under Rule 12(b).

　　Respectfully submitted this 30th day of January, 2023.

*s/Michael E. Piston*
Michael E. Piston (MI 002)
Attorney for the Plaintiffs
38-08 Union St., Ste 9A
Flushing, NY 11354
646-876-3772

1